# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Trenga, Anthony John**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/ Trenga, Anthony John [electronically signed on 03/11/2020 by Trenga, Anthony John in JEFS]**

# I. Positions

None

# II. Agreements

| # | EMPLOYER OR PARTY | TERMS | DATE |
|---|---|---|---|
| 1 | Miller & Chevalier, Chartered | Miller & Chevalier Retirement Plan, no control | 3/1998 |

# III A. Filer's Non-Investment Income

| # | SOURCE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|
| 1 | Miller & Chevalier Retirement Plan | Fixed Retirement / Pension Benefits | $13,488 |

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | American Bar Association | 02/14/2019 - 03/16/2020 | San Antonio, Texas | Panelist, 2019 Corporate Counsel CLE | Travel, Lodging, Meals |

## V. Gifts

None

---

## VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | Brokerage Account #2 (IRA) (-508) | See Note | | | | | | |
| 1.1 | -GOODO preferred stock | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.1.1 | -GOODO preferred stock | | | | | Sold | 02/06/2019 | $15,000 or less |
| 1.1.2 | -GOODO preferred stock | | | | | Sold | 08/20/2019 | $15,000 or less |
| 1.2 | -Amer Express 025816BB4 | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.2.1 | -Amer Express 025816BB4 | | | | | Sold | 05/20/2019 | $15,000 or less |
| 1.3 | -Altria Group 02209SAJ2 | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.3.1 | -Altria Group 02209SAJ2 | | | | | Sold | 08/06/2019 | $15,001 - $50,000 |
| 1.4 | -General Money Market (9989344) Deposit from a Qualified Plan | $1,001 - $2,500 | Interest | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.4.1 | -General Money Market (9989344) Deposit from a Qualified Plan | | | | | Distributed | 09/10/2019 | $1,000,001 - $5,000,000 |
| 1.5 | -GTE Corp (362320AT0) (Taxable Bond) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.5.1 | -GTE Corp (362320AT0) (Taxable Bond) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.6 | -CVX | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.6.1 | -CVX | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.7 | -CSCO | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.7.1 | -CSCO | | | | | Sold | 08/20/2019 | $50,001 - $100,000 |
| 1.8 | -AAPL | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.8.1 | -AAPL | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.8.2 | -AAPL | | | | | Sold | 03/22/2019 | $15,001 - $50,000 |
| 1.9 | -America Towers Note AB6 | $1,000 or less | Interest | None | Cash Market | | | |
| 1.9.1 | -America Towers Note AB6 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.10 | -Bed, Bath & Beyond Note AA8 | $1,000 or less | Interest | None | Cash Market | | | |
| 1.10.1 | -Bed, Bath & Beyond Note AA8 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.11 | -Cardinal Health Note AT5 | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.11.1 | -Cardinal Health Note AT5 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.12 | -Metlife Note BF4 | $1,000 or less | Interest | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.12.1 | -Metlife Note BF4 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.13 | -PNC'P | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.13.1 | -PNC'P | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.14 | -ABBVIE, Inc. | $2,501 - $5,000 | Dividend | None | Cash Market | | | |
| 1.14.1 | -ABBVIE, Inc. | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.15 | -American Express Sub. Co. Note (-BK4) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.15.1 | -American Express Sub. Co. Note (-BK4) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.16 | -FDX | $1,000 or less | Interest | None | Cash Market | | | |
| 1.16.1 | -FDX | | | | | Purchased | 02/26/2019 | $15,000 or less |
| 1.16.2 | -FDX | | | | | Purchased | 08/05/2019 | $15,001 - $50,000 |
| 1.16.3 | -FDX | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.16.4 | -FDX | | | | | Sold | 03/29/2019 | $15,000 or less |
| 1.17 | -FEZ | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.17.1 | -FEZ | | | | | Sold | 05/29/2019 | $15,001 - $50,000 |
| 1.18 | -Zimmer Hlogs Note (-E2) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.18.1 | -Zimmer Hlogs Note (-E2) | | | | | Sold | 04/02/2018 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.19 | -Macy's Retail HLDGS Note (-HO) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.19.1 | -Macy's Retail HLDGS Note (-HO) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.20 | -Verizon Comm Note (-R4) | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.20.1 | -Verizon Comm Note (-R4) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.21 | - Cigna Corp Note (-U2) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.21.1 | - Cigna Corp Note (-U2) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.22 | -BP Cap Markets Note (-Z9) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.22.1 | -BP Cap Markets Note (-Z9) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.23 | -ATT Note | $1,000 or less | Interest | None | Cash Market | | | |
| 1.23.1 | -ATT Note | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.24 | -Time Warner Note | $1,000 or less | Interest | None | Cash Market | | | |
| 1.24.1 | -Time Warner Note | | | | | Sold | 06/05/2019 | $15,001 - $50,000 |
| 1.25 | -Express Scripts Holding SR. Note | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.25.1 | -Express Scripts Holding SR. Note | | | | | Sold | 06/20/2019 | $15,001 - $50,000 |
| 1.26 | -Dollar General Corp Note - AD7 | $1,000 or less | Interest | None | Cash Market | | | |
| 1.26.1 | -Dollar General Corp Note - AD7 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.27 | -Berkshire Hathaway Note | $1,000 or less | Interest | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.27.1 | -Berkshire Hathaway Note | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.28 | -J.P. Morgan Chase SR. Note | $1,000 or less | Interest | None | Cash Market | | | |
| 1.28.1 | -J.P. Morgan Chase SR. Note | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.29 | -MRK | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.29.1 | -MRK | | | | | Sold | 08/20/2019 | $50,001 - $100,000 |
| 1.30 | -ABB | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.30.1 | -ABB | | | | | Sold | 01/24/2019 | $50,001 - $100,000 |
| 1.31 | -Goldman Sachs (GEM) | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.31.1 | -Goldman Sachs (GEM) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.32 | -Citigroup New (C) | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.32.1 | -Citigroup New (C) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.33 | -Verizon (VZ) | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.33.1 | -Verizon (VZ) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.34 | -Sherwin Williams (SHW) | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.34.1 | -Sherwin Williams (SHW) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.35 | -Dow Dupont (DWDP) | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.35.1 | -Dow Dupont (DWDP) | | | | | Purchased | 02/21/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.35.2 | -Dow Dupont (DWDP) | | | | | Sold | 06/05/2019 | $15,000 or less |
| 1.35.3 | -Dow Dupont (DWDP) | | | | | Sold | 06/11/2019 | $15,000 or less |
| 1.35.4 | -Dow Dupont (DWDP) | | | | | Sold | 04/05/2019 | $15,000 or less |
| 1.35.5 | -Dow Dupont (DWDP) | | | | | Sold | 08/20/2019 | $15,000 or less |
| 1.36 | -Orange Spons (ORAN) | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.36.1 | -Orange Spons (ORAN) | | | | | Sold | 05/31/2019 | $15,001 - $50,000 |
| 1.37 | -Spirit Aerosystems (SPR) | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.37.1 | -Spirit Aerosystems (SPR) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.38 | -Celanese Series A (CE) | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.38.1 | -Celanese Series A (CE) | | | | | Sold | 07/24/2019 | $15,001 - $50,000 |
| 1.39 | -United Health (-PCC4) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.39.1 | -United Health (-PCC4) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.40 | -Ross Stores (-6AA1) | $1,000 or less | Interest | None | Cash Market | | | |
| 1.40.1 | -Ross Stores (-6AA1) | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.41 | Goldman Sachs Group Inc | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.41.1 | Goldman Sachs Group Inc | | | | | Sold | 02/22/2019 | $50,001 - $100,000 |
| 1.42 | Alphabet Inc. Cl A | None | None | None | Cash Market | | | |
| 1.42.1 | Alphabet Inc. Cl A | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.43 | Danaher Corp | $1,000 or less | None | None | Cash Market | | | |
| 1.43.1 | Danaher Corp | | | | | Purchased | 01/07/2019 | $15,000 or less |
| 1.43.2 | Danaher Corp | | | | | Sold | 08/20/2019 | $50,001 - $100,000 |
| 1.44 | Visa Inc | $1,000 or less | None | None | Cash Market | | | |
| 1.44.1 | Visa Inc | | | | | Sold | 08/20/2019 | $50,001 - $100,000 |
| 1.45 | XEC | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.45.1 | XEC | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.46 | Abbot Lab note -BD1 | $15,001 - $50,000 | Interest | None | Cash Market | | | |
| 1.46.1 | Abbot Lab note -BD1 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.47 | KLA-Tencor Note -E0 | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.47.1 | KLA-Tencor Note -E0 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.48 | Kroger Co. Note-Z2 | $1,000 or less | Interest | None | Cash Market | | | |
| 1.48.1 | Kroger Co. Note-Z2 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.49 | Northrop Gruman Note -BQ4 | $1,000 or less | Interest | None | Cash Market | | | |
| 1.49.1 | Northrop Gruman Note -BQ4 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.50 | Vulcan Matls Note -AS8 | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.50.1 | Vulcan Matls Note -AS8 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.51 | DIS | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.51.1 | DIS | | | | | Sold | 08/20/2019 | $50,001 - $100,000 |
| 1.52 | NOC | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.52.1 | NOC | | | | | Sold | 08/20/2019 | $50,001 - $100,000 |
| 1.53 | Starbucks Corporation - Common Stock | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.53.1 | Starbucks Corporation - Common Stock | | | | | Sold | 03/18/2019 | $15,001 - $50,000 |
| 1.53.2 | Starbucks Corporation - Common Stock | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.54 | Visa Inc | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.54.1 | Visa Inc | See Note | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.55 | BKNG | None | None | None | Cash Market | | | |
| 1.55.1 | BKNG | | | | | Purchased | 03/04/2019 | $15,001 - $50,000 |
| 1.55.2 | BKNG | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.56 | T | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 1.56.1 | T | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.57 | GS'D | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 1.57.1 | GS'D | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.58 | Broadcom Corp A | $1,000 or less | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.58.1 | Broadcom Corp A | | | | | Purchased | 03/11/2019 | $15,001 - $50,000 |
| 1.58.2 | Broadcom Corp A | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.59 | Amazon.com, Inc. - Common Stock | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.59.1 | Amazon.com, Inc. - Common Stock | | | | | Purchased | 05/14/2019 | $15,000 or less |
| 1.59.2 | Amazon.com, Inc. - Common Stock | | | | | Purchased | 08/06/2019 | $15,001 - $50,000 |
| 1.59.3 | Amazon.com, Inc. - Common Stock | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.60 | ATT Note  071526 | $1,000 or less | Interest | None | Cash Market | | | |
| 1.60.1 | ATT Note  071526 | | | | | Purchased | 06/05/2019 | $15,001 - $50,000 |
| 1.60.2 | ATT Note  071526 | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.61 | Corteva | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.61.1 | Corteva | | | | | Purchased | 02/21/2019 | $15,000 or less |
| 1.61.2 | Corteva | | | | | Sold | 06/11/2019 | $15,000 or less |
| 1.62 | JPMorgan Chase | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.62.1 | JPMorgan Chase | | | | | Purchased | 02/26/2019 | $15,001 - $50,000 |
| 1.62.2 | JPMorgan Chase | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 1.63 | Borg Warner | $1,000 or less | Dividend | None | Cash Market | | | |
| 1.63.1 | Borg Warner | | | | | Purchased | 02/25/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1.63.2 | Borg Warner | | | | | Purchased | 07/26/2019 | $15,000 or less |
| 1.63.3 | Borg Warner | | | | | Purchased | 08/02/2019 | $15,000 or less |
| 1.63.4 | Borg Warner | | | | | Sold | 08/20/2019 | $15,001 - $50,000 |
| 2 | Brokerage Account #3 (IRA) (-4017) | | | | | | | |
| 2.1 | -Money Market (Robert W. Baird & Co.) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 2.2 | -VEU | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.2.1 | -VEU | | | | | Purchased | 06/26/2019 | $15,000 or less |
| 2.3 | -IEFA | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.3.1 | -IEFA | | | | | Purchased | 06/26/2019 | $15,000 or less |
| 2.4 | -IWM | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.5 | -IWD | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.6 | -IWF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.6.1 | -IWF | | | | | Sold | 04/22/2019 | $15,000 or less |
| 2.6.2 | -IWF | | | | | Purchased | 06/26/2019 | $15,000 or less |
| 2.7 | -IWR | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.8 | -SPSB | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.9 | -BIV | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.9.1 | -BIV | | | | | Purchased | 06/26/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 3 | Brokerage Account #4 (-9952) | | | | | | | |
| 3.1 | -CSCO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3.2 | -AAPL | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 3.3 | -Money Market (Robert W. Baird & Company) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 3.4 | -AT&T (T) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 3.5 | -BRK/B common stock | None | None | $100,001 - $250,000 | Cash Market | | | |
| 3.6 | -JNJ common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 3.6.1 | -JNJ common stock | | | | | Sold | 01/08/2019 | $15,001 - $50,000 |
| 3.7 | -First Eagle Global Fund Class, SGIIX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 3.8 | -Fairfax, VA (Tax Exempt Bond) (WW1) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 3.9 | -Pepsico (PEP) | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 3.9.1 | -Pepsico (PEP) | | | | | Sold | 02/12/2019 | $50,001 - $100,000 |
| 3.10 | -VA. ST. CLLG (Tax Exempt) (-XB5) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 3.11 | - VA. CLLG  Bld Auth tax exempt bond(-VEH7) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 3.12 | -ORAN | $1,000 or less | Dividend | None | Cash Market | | | |
| 3.12.1 | -ORAN | | | | | Sold | 04/30/2020 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 3.13 | BKNG | None | None | $15,000 or less | Cash Market | | | |
| 3.14 | Hewlett Packard Enterprise Co. Sr .Note -AG4 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 3.15 | Host Hotels & Resorts LP Sr. Note -AU0 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 3.16 | LHX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3.16.1 | LHX | | | | | Purchased | 10/25/2019 | $15,000 or less |
| 3.17 | Marathon Petroleum Corp. | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3.17.1 | Marathon Petroleum Corp. | | | | | Purchased | 10/25/2019 | $15,000 or less |
| 3.18 | AMLP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3.18.1 | AMLP | | | | | Purchased | 08/28/2019 | $15,000 or less |
| 3.19 | Loudon Cnty Va -TEH1 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 3.19.1 | Loudon Cnty Va -TEH1 | | | | | Purchased | 02/27/2019 | $15,001 - $50,000 |
| 3.20 | NUV | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3.20.1 | NUV | | | | | Purchased | 05/02/2019 | $15,000 or less |
| 3.21 | Amazon.com, Inc. - Common Stock | None | None | $15,000 or less | Cash Market | | | |
| 3.21.1 | Amazon.com, Inc. - Common Stock | | | | | Purchased | 05/14/2019 | $15,000 or less |
| 3.22 | VMRXX | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 3.22.1 | VMRXX | | | | | | Purchased | 08/28/2019 | $50,001 - $100,000 |
| 3.22.2 | VMRXX | | | | | | Purchased | 09/04/2019 | $15,001 - $50,000 |
| 3.22.3 | VMRXX | | | | | | Sold | 12/03/2019 | $15,001 - $50,000 |
| 4 | Brokerage Account #6 | | | | | | | | |
| 4.1 | -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | See Note | $1,000 or less | Dividend | None | Cash Market | | | |
| 4.2 | Janus Henderson Research Fund JNRFX | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 4.3 | IBM common stock | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.4 | D | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 4.5 | Navy Federal Credit Union (IRA #1) (CD) | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 4.6 | Navy Federal Credit Union (IRA #2) (CD) | | $1,000 or less | Interest | None | Cash Market | | | |
| 4.6.1 | Navy Federal Credit Union (IRA #2) (CD) | | | | | | Distributed | 12/17/2019 | $15,000 or less |
| 4.7 | Navy Federal Credit Union (IRA #3) (CD) | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 4.8 | Navy Federal Credit Union CD | See Note | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 4.9 | Navy Federal Credit Union Accounts | See Note | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 4.10 | Burke and Herbert Bank Account | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 4.11 | Northwestern Mutual Joint Complife Insurance Policy(whole life) | | $15,001 - $50,000 | Dividend | $500,001 - $1,000,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 4.12 | USAA S&P 500 Index Fund | See Note | $1,000 or less | Dividend | None | Cash Market | | | |
| 4.13 | Robert W. Baird & Co. checking and cash management accounts | | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 4.14 | DRYFUSS money market accounts GGM 370375206 & GMA 370375107 | | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| 4.15 | Brighthouse Life Insurance Policy (Whole Life) | | $2,501 - $5,000 | Interest | $15,001 - $50,000 | Cash Market | | | |
| 5 | Wells Fargo Checking Account | | $5,001 - $15,000 | None | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 1 | This IRA account was liquidated in 2019 and rolled over into a Thrift Savings Plan account. |
| VII. | 1.54.1 | This entry duplicated the entry at 1.44.1 |
| VII. | 4.1 | This stock fund had been sold before 2019. |
| VII. | 4.8 | This entry duplicates those reflected in items 4.5. 4.6 and 4.7 |
| VII. | 4.9 | This entry duplicates those reflected in items 4.5, 4.6 and 4.7 |
| VII. | 4.12 | This stock fund had been sold before 2019. |